**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Grey Vanaman,<br><br>    Plaintiff,<br><br>v.<br><br>Katherine Werner, et al.,<br><br>    Defendants. | No. CV-24-00011-TUC-JCH (P)<br><br>**ORDER** |

On August 29, 2025, the Court received Plaintiff's Motion for Extension of Time. Doc. 25. Plaintiff requests a 14-day extension on the First Amended Complaint ("FAC") deadline, set by the Court's last Order (Doc. 21), to allow him time to file a Motion for Clarification. Plaintiff's intent is to seek the Court's answer to "numerous questions" on a few issues, which would then allow Plaintiff to later draft a "coherent and solid" FAC.

The Court will deny in part Plaintiff's Motion for Extension of Time for the following reasons. First, the Court's last Order (Doc. 21) was thorough and provided ample detail to allow Plaintiff to cure the identified deficiencies. Second, although Plaintiff is proceeding pro se, he has filed many cases before and is relatively sophisticated. The Court will not engage in a question-and-answer session with Plaintiff. Third, the Court's screening process makes the anticipated request for clarification unnecessary. Plaintiff has leave to file a FAC. If there is a problem with the FAC, the Court will let Plaintiff know and provide another opportunity to cure, if practical.

The Court wishes—as Plaintiff—to advance this case and avoid unnecessary delay.

*See* Doc. 25 at 1. Thus, the Court will not extend the deadline to accommodate Plaintiff's anticipated request for clarification, but the Court will allow Plaintiff an additional 20 days to draft a FAC.

**IT IS ORDERED denying in part** Plaintiff's Motion for Extension of Time (Doc. 25). The Court will allow Plaintiff until **September 22, 2025,** to file a First Amended Complaint.

Dated this 2nd day of September, 2025.

_____
John C. Hinderaker
United States District Judge